IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-02621-EWN-CBS

COLORADO CROSS-DISABILITY COALITION, a Colorado corporation,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS,

    Defendant.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    Based upon the unanimous agreement between the parties, the timely submission of a proposed Preliminary Pretrial Order, and good cause appearing therefore, it is hereby **ORDERED** that Plaintiff's Unopposed Motion to Vacate Preliminary Pretrial Conference (filed June 23, 2005) is **GRANTED**.  The preliminary pretrial conference set for June 28, 2005, is **VACATED**.

**DATED:**     June 27, 2005