IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-02621-EWN-CBS

COLORADO CROSS-DISABILITY COALITION, a Colorado corporation,

　　Plaintiff,

v.

CITY OF COLORADO SPRINGS,

　　Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

　　It is hereby **ORDERED** that the parties' Unopposed Motion to Extend Discovery Deadline for Limited Purpose *(Doc. No. 35,* Filed July 20, 2005) is **DENIED as moot.**

The discovery deadline was **extended** to **August 08, 2005** pursuant to Defendant's motion to extend the deadline to August 08, 2005.
Defendant may take the depositions of two witnesses Brian Giernacky and Wendy Patterson.

　　Parties are further advised that the dispositive motion deadline of **August 22, 2005**, set by Judge Nottingham remains in effect.

**DATED:**　　　August 2, 2005