IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-CV-02621 EWN-CBS

COLORADO CROSS-DISABILITY COALITION,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS,

    Defendant.

___

### ORDER OF DISMISSAL WITH PREJUDICE
___

THIS MATTER, having come before the Court on the parties' Stipulation for Dismissal with Prejudice, and the Court being fully advised in the premises,

THEREFORE IT IS ORDERED as follows:

1. That the Stipulation for Dismissal with Prejudice is GRANTED;

2. That the Plaintiff's Complaint, Amended Complaint, claims for relief and causes of action herein are DISMISSED WITH PREJUDICE, each party to pay its own costs and attorney fees.

DATED at Denver, Colorado, this __30th__ day of __August__, 2005.

                BY THE COURT:

                s/Edward W. Nottingham
                Edward W. Nottingham
                United States District Judge